UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>            Plaintiff,                                  )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>LAMONTA GENARD MITCHELL,         )<br>                                                              )<br>            Defendant.                              )<br>_____)   | Case No. 1:05-cr-00163<br><br>Honorable Robert Holmes Bell |

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on December 6, 2005, after receiving the written consent of defendant and all counsel. At the hearing, defendant Lamonta Genard Mitchell entered a plea of guilty to the Felony Information in exchange for the undertakings made by the government in the written plea agreement. The Felony Information charges defendant with conspiracy to distribute and possess with intent to distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a quantity of a mixture or substance containing a detectable amount of heroin, and a quantity of marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea

agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the Felony Information be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.


Date: December 7, 2005        /s/ Ellen S. Carmody
                              ELLEN S. CARMODY
                              United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).